United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Brandon D. Hicks, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-4762 |
| | § | |
| Dagnee McKinney, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending is a Report and Recommendation by Magistrate Judge Dena Hanovice Palermo, recommending that this case be dismissed with prejudice for failure to state a claim upon which relief can be granted. Doc. 67. For the reasons set forth below, the Court adopts the Report and Recommendation as its Memorandum and Order and DISMISSES the case WITH PREJUDICE.

Plaintiff Brandon Hicks objects, arguing that the Report and Recommendation (1) does not accept the Second Amended Complaint's allegations as true or draw all reasonable inferences in Plaintiff's favor, (2) prematurely resolves factual inferences that should be left to discovery, (3) improperly recommends dismissal with prejudice instead of affording Plaintiff an opportunity to cure, (4) prematurely stays discovery, and (5) fails to liberally construe his *pro se* filings. *See* Doc. 68.

When a party objects to any part of a magistrate judge's disposition, the district court reviews it *de novo*. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (*per curiam*). The district court need

not consider general, frivolous, or conclusory objections to a Report and Recommendation. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). The district court may accept any other portions to which there is no objection if satisfied that no clear error appears on the face of the record. *See Guillory v. PPG Indus. Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*)); *see also* Fed. R. Civ. P. 72(b) advisory committee note (1983).

The Court has reviewed the pleadings, the record, the applicable law, and the objections. The Court has also reviewed *de novo* the recommendations of the Magistrate Judge to which Plaintiff objected. The Court finds that the objections lack merit and OVERRULES them. No clear error otherwise appears in the Report and Recommendation.

The Report and Recommendation of the Magistrate Judge is adopted as the Memorandum and Order of this Court. Doc. 67. Defendant's Motion to Dismiss is GRANTED. Doc. 43.

This case is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to CLOSE this case.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 4th of August, 2026.

Nicholas J. Ganjei
United States District Judge